# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  April 7, 2006

To:   United States Court of Appeals        Attn:   ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                           (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103              ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 03-00111SOM          Appeal No:   05-10544

Short Title:  USA vs. MARIO GARIBALDI-LOPEZ

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 2 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#62,#76, #111,#119,#120

Acknowledgment: _____     Date: _____

cc: counsel(s)