# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:   April 7, 2006

To:   United States Court of Appeals       Attn:   ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                                (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103          ( )   Judge

RECEIVED
CLERK U.S. DISTRICT COURT
APR 17 2006
DISTRICT OF HAWAII

From:   United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:        CR 03-00111SOM          Appeal No:   05-10544

Short Title:  USA vs. MARIO GARIBALDI-LOPEZ

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs |   | volumes (folders)   docket # |
| Reporter's Transcripts | 2 | volumes  (✓) original  ( ) certified copy |
| Exhibits |   | volumes  ( ) under seal |
|   |   | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#62,#76, #111,#119,#120

Acknowledgment:  _____S. DANLS_____          Date: _____

FILED
APR 10 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: counsel(s)