

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MARIO GARIBALDI-LOPEZ,<br><br>Defendant - Appellant. | No. 05-10544<br><br>D.C. No. CR-03-00111-1-SOM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted May 15, 2006[**]

Before:    B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

Mario Garibaldi-Lopez appeals from the sentence imposed following his guilty-plea conviction for conspiracy to distribute and possess with intent to distribute, and attempted possession with intent to distribute, 50 grams or more of

---

[*]    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

[**]   This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) and 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The judicial fact-finding that occurred at Garibaldi-Lopez's sentencing did not violate the Sixth Amendment because he was not sentenced pursuant to a mandatory guidelines scheme. *See United States v. Booker*, 543 U.S. 220, 245-46, 259-60 (2005). His contention that ex post facto principles prohibit the application of an advisory scheme to his sentencing is foreclosed by *United States v. Dupas*, 419 F.3d 916, 919-21 (9th Cir. 2005). Lastly, we reject Garibaldi-Lopez's contention that the district court's description of the offenses during the plea colloquy constituted a misstatement of the charges against him and led to an erroneous application of the sentencing guidelines.

We decline to address new contentions raised for the first time in Garibaldi-Lopez's reply brief. *See United States v. Wright*, 215 F.3d 1020, 1030 n.3 (9th Cir. 2000). Appellee's motion to strike reply brief is therefore denied as moot.

**AFFIRMED.**

A TRUE COPY ATTEST 6/13/06
CATHY A. CATTERSON
Clerk of Court
by: Deputy Clerk