UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 13 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MARIO GARIBALDI-LOPEZ,<br><br>Defendant - Appellant. | No. 05-10544<br><br>D.C. No. CR-03-00111-1-SOM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 16 2006
11:50 am
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner

The motion of appellant's appointed counsel, Arthur E. Ross, Esq., to be relieved as appellant's counsel of record is granted. *See* 9th Cir. R. 4-1(e).

The clerk shall serve a copy of this order on appellant's counsel as well as on appellant Mario Garibaldi-Lopez individually at: Reg. No. 84955-022, FTC Oklahoma City, Federal Transfer Center, P.O. Box 898801, Oklahoma City, OK 73019.

*Peter L. Shaw*
~~General Order 6.3(e)~~

O:\AppComm\Orders\Research\05\05-10544ss.wpd