Mario Garibaldi-Lopez
Reg. # 84955-022
FCI Medium
P.O. Box 90043
Petersburg, Va. 23804

Clerk U.S. District Court,
Room C-338
300 Ala Moana Blvd.
Honolulu, HI 96850

04/23/2007
Richmond
Virginia
23232

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 26 2007
1:45 P