May 10, 2007

# DISKTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAY 1 4 2007
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-03-00111-1-SOM
**Appeal Number:** 05-10544
**Short Title:** USA v. Garibaldi-Lopez

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 1 | | | 0 | Certified Copy(ies) | | | |
| **Reporters Transcripts in:** | 2 | | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 5 | Other | | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **Other:** | | | | | | | | |

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 7, 2006

To:     United States Court of Appeals    Attn:    ( )    Civil
       For the Ninth Circuit
       Office of the Clerk                       (✓)    Criminal
       95 Seventh Street
       San Francisco, California 94103       ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 14 2007
DISTRICT OF HAWAII

DC No:        CR 03-00111SOM        Appeal No:    05-10544

Short Title:    USA vs. MARIO GARIBALDI-LOPEZ

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 2 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#62,#76, #111,#119,#120

Acknowledgment: _____S. DINIS_____      Date: _____

FILED
APR 10 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: counsel(s)