```
EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA      1460
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 07-0224SOM |
| ) | CR. NO. 03-0111SOM |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| MARIO GARIBALDI-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

CERTIFICATE OF SERVICE

       I hereby certify that the Order Waiving Defendant's Attorney-Client Privilege With Respect to the Instant 2255 Proceedings was submitted to United States District Judge Susan O. Mollway for signature and was served on the following counsel on May 16, 2007:

Served by first class mail:

MARIO GARIBALDI-LOPEZ #84955-022
FCI Medium
P.O. Box 90043
Petersburg, VA 23804

Defendant Pro Se


DATED:  Honolulu, Hawaii, May 16, 2007


                        /s/ Janice Tsumoto

U.S. v. Keith Imai, et al.
Cr. No. 05-00189 DAE
Certificate of Service