# MINUTES

CASE NUMBER:   CR 03-00111SOM

CASE NAME:     USA vs. (01) Mario Garibaldi-Lopez

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Susan Oki Mollway          REPORTER:

DATE:    05/29/2007                 TIME:

COURT ACTION:  EO: Government's responsive memorandum is due 7/13/07.

Mr. Garibaldi-Lopez may file a reply memorandum by 8/10/07.

cc: all parties of record.

Submitted by: Toni Fujinaga, Courtroom Manager.