Mario Garibaldi-Lopez
Reg.#84955-055
FCI Medium A-South
P.O. Box 90043
Petersburg, Va. 23804

LEGAL MAIL

RECEIVED
CLERK, US DISTRICT COURT
JUN 18 2007
DISTRICT OF HAWAII

RICHMOND VA 232
14 JUN 2007 PM 4 T

United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338