# MINUTES

CASE NUMBER:     CR03-00111SOM

CASE NAME:       USA v. (01) Mario Garibaldi-Lopez

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang          REPORTER:

DATE:    7/5/2007                   TIME:

---

COURT ACTION:  EO: Petitioner's Motion for Appointment of Counsel set 7/10/07 before Judge Chang is hereby vacated. This motion will be decided without a hearing pursuant to the local rules of practice for the United States District Court for the District of Hawaii.

Submitted by: Shari Afuso, Courtroom Manager