# MINUTES

CASE NUMBER: CR 03-00111SOM

CASE NAME: USA vs. (01) Mario Garibaldi-Lopez

ATTYS FOR PLA: Michael Kawahara

ATTYS FOR DEFT: 01 Mario Garibaldi-Lopez (Pro Se)

INTERPRETER:

JUDGE: Susan Oki Mollway          REPORTER: Debra Chun

DATE: 7/16/2007                   TIME: 9:00 - 9:15

COURT ACTION: EP: Status Conference -

Defendant 01 Mario Garibaldi-Lopez (Pro Se) present by phone.

Discussion held re: the hearing date of the Motion to Vacate, Set Aside, or Correct Sentence and the possible problems it may present for the defendant.

Defendant elects to keep the current hearing date of 8/20/07 @ 9:00 a.m. SOM.

Court reschedules the hearing to 9:15 a.m. for the same day.

Colloquy between Court and the Defendant re: if the defendant elects to testify or not.

If any problems with the hearing date arises, defendant to contact the CRM @ 808 541-1297.

Submitted by: Toni Fujinaga, Courtroom Manager.