# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 07-00224SOM-KSC |
| CASE NAME: | Mario Garibaldi-Lopez vs. USA |
| PETITIONER | Mario Garibaldi-Lopez (Pro Se) |
| ATTYS FOR RESPONDENT: | Michael Kawahara |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/21/2007 | TIME: | 3:45 - 4:00 |

COURT ACTION: EP: Motion to Vacate, Set Aside, or Correct Sentence (Cr 03-00111SOM-01) -

Petitioner Mario Garibaldi-Lopez, Pro Se, present.

Mr. Garibaldi-Lopez requests additional time in order to retain counsel.

Discussion held.

This hearing is continued to 8/28/07 @ 9:00 a.m.

If counsel is retained, he is to be present at the continued hearing.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.