# MINUTES

CASE NUMBER:     CV 07-00224SOM-KSC

CASE NAME:       Mario Garibaldi-Lopez vs. USA

ATTYS FOR PLA:   Mario Garibaldo-Lopez (Pro Se)

ATTYS FOR DEFT:  Michael Kawahara

INTERPRETER:

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     8/28/2007                TIME:        9:00 - 9:10

COURT ACTION: EP: Continued Hearing on Motion to Vacate, Set Aside, or Correct Sentence -

Defendant Mario Garibaldi-Lopez, Pro Se, present and in custody.

Defendant informed the Court that he has an attorney named Drago Campos.

This hearing is continued to 8/31/07 @ 9:00 a.m. SOM.

Defendant to speak to his counsel and inform him of the continued hearing date.

Mr. Campos to be present to discuss scheduling.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.