UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

Mario Garibaldi-Lopez
84955-022
FCI - Medium
P. O. Box 90043
Petersburg, VA 23804

NIXIE    232    DE 1    00    09/09/07
RETURN TO SENDER
ATTEMPTED NOT KNOWN
UNABLE TO FORWARD

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$00.373
PITNEY BOWES
02 1M
0004235853
MAILED FROM ZIP CODE 96817
JUL 24 2007

CR-03-111

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 13 2007
DISTRICT OF HAWAII

Mario Garibaldi-Lopez
84955-022
FCI - Medium
P. O. Box 90043
Petersburg, VA 23804

**Minute Entries**
1:03-cr-00111-SOM USA v. Garibaldi-Lopez

# U.S. District Court

## District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 7/24/2007 at 10:33 AM HST and filed on 7/23/2007
**Case Name:**   USA v. Garibaldi-Lopez
**Case Number:**   1:03-cr-111
**Filer:**
**Document Number:** 161(No document attached)

**Docket Text:**
EO : The hearing set for August 20 will be for presentation of arguments by the parties, not for presentation of witness testimony. The court will decide whether to receive live testimony after discussing the matter with the parties at the August 20 hearing. If the court decides to hear live testimony, a follow up hearing for the presentation of testimony will be scheduled for a date as close to August 20 as possible. cc: Petitioner and all parties of record. re 1 MOTION to Vacate. re [145] MOTION to Vacate under 28 U.S.C. 2255 filed by Mario Garibaldi-Lopez (JUDGE SUSAN OKI MOLLWAY )(tbf, )


**1:03-cr-111-1 Notice has been electronically mailed to:**
Michael K. Kawahara   mike.kawahara@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov, rowena.kang@usdoj.gov

**1:03-cr-111-1 Notice will not be electronically mailed to:**

Mario Garibaldi-Lopez
84955-022
FCI - Medium
P. O. Box 90043
Petersburg, VA 23804