# MINUTES

CASE NUMBER:        CV 07-00224SOM-KSC

CASE NAME:          Mario Garibaldo-Lopez vs.  USA

ATTYS FOR PLA:      Benjamin Martin

ATTYS FOR DEFT:     Michael Kawahara

INTERPRETER:

---

JUDGE:      Susan Oki Mollway          REPORTER:      Debra Chun

DATE:       11/05/2007                 TIME:          9:27 - 9:30

---

COURT ACTION:   EP: Continued Hearing on Motion to Vacate, Set Aside, or Correct Sentence (CR 03-00111SOM) -

Defendant Mario Garibaldo-Lopez not present.

Mr. Kawahara informed the Court that the OTP was not given to the USM until this morning.

Mr. Martin informed the Court that he was late to this hearing due to a conflict in another Court.

This hearing is continued to 11/7/07 @ 3:45 p.m.

Mr. Kawahara instructed to prepare the OTP today.

Submitted by: Toni Fujinaga, Courtroom Manager.