# MINUTES

CASE NUMBER:     CV 07-00224SOM-KSC

CASE NAME:     Mario Garibaldi-Lopez vs. USA

ATTYS FOR PLA:

ATTYS FOR DEFT:     Michael Kawahara

INTERPRETER:

JUDGE:     Susan Oki Mollway          REPORTER:     Stephen Platt

DATE:     11/7/2007                   TIME:         3:45 - 4:00

COURT ACTION:   EP: Continued Hearing on Motion to Vacate, Set Aside, or Correct Sentence -

Defendant Mario Garibaldi-Lopez present and in custody.

Mr. Benjamin Martin, counsel for defendant, not present.

Mr. Martin's doctor's office contacted the CRM earlier to inform the Court that Mr. Martin was having chest pains.

Court called Mr. Martin's office and his doctor's office, but was unable to contact him.

Defendant informed the Court that he did speak to Mr. Martin last night.

This hearing is continued to 11/13/07 @ 3:00 p.m. SOM.

CRM to notify Mr. Martin of the continued hearing date.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.