*CORRESPONDENCE*

## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

November 8, 2007

**VIA FAX AND MAIL**
Mr. Benjanmin D. Martin
Century Square
1188 Bishop Street, Suite 1810
Honolulu, Hawaii 96813

### Re: USA v. Mario Garibaldi-Lopez; Civ. No. 07-00224 SOM

Dear Mr. Martin:

This letter is a follow up to an email message and to a telephone message left at your office by my courtroom manager, Toni Fujinaga. I hope that the health issues that prevented your attendance at the hearing scheduled for November 6, 2007, have been resolved. Please contact Ms. Fujinaga immediately, either by calling her at 541-1297, or by sending her email (toni_fujinaga@hid.uscourts.gov). When you do call or email her, please be sure to leave her as much contact information as possible, including your cell phone number. You should contact her regardless of whether you think you can or cannot attend the hearing.

This letter confirms that, as noted in the electronic case file and in messages to you from Ms. Fujinaga, the hearing on Mr. Garibaldi-Lopez's § 2255 motion is now scheduled for Tuesday, November 13, 2007, at 3 p.m. If you are unable to attend at that time, please let us know as soon as possible. If you do so inform us, it would help if you either spoke to someone (rather than just leaving a voicemail message) and also provided a way for us to reach you. If for any reason you are unable to reach Ms. Fujinaga, you may also call my chambers at 541-1720 to let us know your status.

Very truly yours,

Susan Oki Mollway
United States District Judge

cc: Michael Kawahara
    Mario Garibaldi-Lopez