# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 07-00224SOM-KSC |
| CASE NAME: | Mario Garibaldi-Lopez vs. USA |
| ATTYS FOR PLA: | Benjamin Martin |
| ATTYS FOR DEFT: | Michael Kawahara |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/6/2007 | TIME: | 1:35 - 2:05 |

COURT ACTION: EP: Continued Hearing on Motion to Vacate, Set Aside or Correct Sentence (CR 03-00111SOM) -

Defendant Mario Garibaldi-Lopez present and in custody.

Defendant informed the Court that he will withdraw his motion, and may refile it later.

Court informs the Defendant that he may not be allowed to refile his motion.

Defendant confers with counsel.

Defendant informed the Court that he will withdraw his motion.

Court questions the defendant.

Defendant elects to go forward with this hearing.

Arguments.

Motion to Vacate, Set Aside or Correct Sentence - Denied.

Court to prepare a written order.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.